02-12-272-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT
 OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
  
 
 


 

 

NO. 02-12-00272-CV

 

 


 
 
 JANN K. JONES AND LADON E. JONES
 
 
  
 
 
 APPELLANTS
 
 


                                                                                                                             

V.

 


 
 
 PLAINSCAPITAL BANK
 
 
  
 
 
 APPELLEE
 
 


 

                                                                                                                             

------------

 

FROM THE
158TH DISTRICT COURT OF DENTON COUNTY

 

------------

 

MEMORANDUM OPINION[1]

 

------------

          After Appellants Jann K. Jones and Ladon E.
Jones filed their notice of appeal of the trial court’s March 27, 2012
“Interlocutory Judgment by Default,” we sent them a letter informing them of
our concern that we might not have jurisdiction over the appeal because the
trial court’s order did not appear to be a final judgment or appealable
interlocutory order.  In our letter, we stated that unless the appellants or
any party desiring to continue the appeal filed a response showing grounds for
continuing the appeal by July 19, 2012, the appeal could be dismissed for want
of jurisdiction.  See Tex. R. App. P. 42.3(a), 44.3; see also Lehmann
v. Har-Con Corp., 39 S.W.3d 191, 195 (Tex. 2001).  Having received no
response, we dismiss the appeal for want of jurisdiction.  See Tex. R.
App. P. 42.3(a), 43.2(f).

 

PER CURIAM

 

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

 

DELIVERED:  September 20, 2012

 



 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT
 OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
  
 
 


 

NO. 02-12-00272-CV

 

 


 
 
 Jann K. Jones and Ladon E. Jones
  
  
 v.
  
  
 PlainsCapital Bank
 
 
 §
  
 §
  
 §
  
 §
  
  
 
 
 From the 158th District Court of
  
 Denton County (2011-20038-158)
  
 September 20, 2012
  
 Per Curiam
 
 


 

 

JUDGMENT

 

          This court has considered the record on
appeal in this case and holds that the appeal should be dismissed.  It is
ordered that the appeal is dismissed for want of jurisdiction.

 

SECOND DISTRICT COURT OF APPEALS


 

 

PER CURIAM

 

 









[1]See
Tex. R. App. P. 47.4.